AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ROBERT GRIMES <br><br> *Plaintiff(s)* <br><br> v. <br><br> WORLDWIDE SPORT NUTRITIONAL SUPPLEMENTS 1440 FOODS, STEPHEN SISTI, ANTHONY DONAHUE, and JOHN DOE, in their individual and professional capacities <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-02904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen Sisti
500 7th Avenue
New York, New York 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erica T. Healey-Kagan
425 Madison Ave, Suite 1502
New York, NY 10017-1138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 16, 2025

/S/ S. James

*Signature of Clerk or Deputy Clerk*